UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIMOTHY CARDENAS,

CASE NO.: 6:12Cv172-ORL-18KRS

Plaintiff,

vs.

DAVIS INVESTMENT COMPANY
OF JACKSONVILLE, INC., and
JAGUAR TECHNOLOGIES, INC.,

Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, TIMOTHY CARDENAS, (hereinafter referred to as "Plaintiff"), by and through his undersigned counsel, sues the Defendants, DAVIS INVESTMENT COMPANY OF JACKSONVILLE, INC., and JAGUAR TECHNOLOGIES, INC. (hereinafter referred to as the "Defendants"), and states as follows:

### INTRODUCTION

1. This is an action by Plaintiff, against his former employer for unpaid wages, pursuant to the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201, *et seq.*. Plaintiff seeks damages for unpaid overtime, liquidated damages and reasonable attorney's fee and costs.

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. § 216(b).

## VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Orange County, Florida.

## THE PARTIES

4. Plaintiff, TIMOTHY CARDENAS, was at all time material, employed by Defendant, DAVIS INVESTMENT COMPANY OF JACKSONVILLE, INC., and JAGUAR TECHNOLOGIES, INC., a Florida corporation doing business in Orlando, Florida as a cable installer from approximately August 2010 through September 3, 2011.

5. The Defendants, DAVIS INVESTMENT COMPANY OF JACKSONVILLE, INC., and JAGUAR TECHNOLOGIES, INC., are in the business of operating a cable installation company in the State of Florida. Defendants are "employers" as defined by 29 U.S.C. § 203(d). The Defendants employer has employees subject to the provisions of the FLSA, 29 U.S.C. § 206, in the facility where Plaintiff was employed.

6. Defendants, DAVIS INVESTMENT COMPANY OF JACKSONVILLE, INC., and JAGUAR TECHNOLOGIES, INC., are "enterprises engaged in commerce or in the production of goods for commerce" as defined by 29 U.S.C. § 203(s)(1).

7. Plaintiff was an employee of Defendants, DAVIS INVESTMENT COMPANY OF JACKSONVILLE, INC., and JAGUAR TECHNOLOGIES, INC., and, at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. §§ 206(a) and 207(a)(1).

8. Defendants, DAVIS INVESTMENT COMPANY OF JACKSONVILLE, INC., and JAGUAR TECHNOLOGIES, INC., are enterprises whose annual gross volume of sales or business done is not less than $500,000.00.

9. Plaintiff has retained the Budgen Law Group to represent him in this matter and have agreed to pay said firm a reasonable attorney's fee for its services.

## VIOLATION OF THE OVERTIME PROVISIONS OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

10. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 9, above.

11. Throughout Plaintiff's employment, the Defendants, repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendant, jointly and severally for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) Reasonable attorney's fees and costs; and

(e) Such other relief as the Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

Dated: 2/1/2012

L. TODD BUDGEN, ESQ.
Bar No.: 0296960
400 North Bumby Avenue
Orlando, Florida 32803
Tel.: (407) 481-2888
Fax: (407) 313-1119
E-Mail: tbudgen@mywagefirm.com
Trial Counsel for Plaintiff